# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE WALTER PRICE,
            Appellant,

vs.

THE STATE OF NEVADA,
            Respondent.

No. 80768

FILED

NOV 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a postconviciton petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Appellant's counsel filed a notice of suggestion of death pursuant to NRAP 43. On August 13, 2020, this court entered an order directing appellant's personal representative, if any, to file a motion for substitution with this court by November 4, 2020, if he or she wished to proceed with this appeal. NRAP 43(a)(1). This court cautioned that if no personal representative was substituted within the allotted time, the appeal would be dismissed. *See Brass v. State,* 129 Nev. 527, 530, 306 P.3d 393, 395 (2013). Because no personal representative of appellant has filed a motion for substitution in this appeal, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

20-42888

cc: Hon. Ronald J. Israel, District Judge
Law Office of Christopher R. Oram
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk